UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STEVEN FLOYD VOSS,<br><br>Petitioner,<br>v.<br>ISIDRO BACA, *et al.*,<br><br>Respondent. | Case No. 3:18-cv-00444-MMD-WGC<br><br>ORDER |

Petitioner Steven Floyd Voss has submitted a *pro se* 28 U.S.C. § 2254 habeas corpus petition, though it is on the § 2241 form (ECF No. 1). The Court has reviewed the Petition, and it is dismissed without prejudice as premature and unexhausted.

A federal court will not grant a state prisoner's petition for habeas relief until the prisoner has exhausted his available state remedies for all claims raised. 28 U.S.C. § 2254(b); *Rose v. Lundy*, 455 U.S. 509 (1982). A petitioner must give the state courts a fair opportunity to act on each of his claims before he presents those claims in a federal habeas petition. *O'Sullivan v. Boerckel*, 526 U.S. 838, 844 (1999); *see also Duncan v. Henry*, 513 U.S. 364, 365 (1995). A claim remains unexhausted until the petitioner has given the highest available state court the opportunity to consider the claim through direct appeal or state collateral review proceedings. *See Casey v. Moore*, 386 F.3d 896, 916 (9th Cir. 2004); *Garrison v. McCarthey*, 653 F.2d 374, 376 (9th Cir. 1981).

Here, Petitioner states in his Petition that the Nevada Court of Appeals granted a writ of mandamus on August 15, 2018, and instructed the state district court to resentence Petitioner and enter an amended judgment of conviction (ECF No. 1 at 1). Voss also

included the order itself with his Petition. (*Id.* at 18-20; *see also* Nevada Court of Appeals Case No. 74227.) This Court takes judicial notice of the fact that any state-court proceedings challenging a judgment of conviction that was filed sometime after mid-August 2018 cannot have concluded in such a short period of time. In fact, it does not appear that the amended judgment of conviction had been filed at the time Petitioner filed this federal petition in September (*see* ECF No. 1 at 11 (referring to the "anticipated" amended judgment of conviction).) It is also unclear whether any or all of Petitioner's claims would be moot in light of the amended judgment of conviction. Therefore, this federal petition is premature and will be dismissed without prejudice.

It is therefore ordered that this action is dismissed without prejudice as set forth in this order.

It is further ordered that a certificate of appealability is denied.

It is further ordered that Petitioner's motion for injunctive relief and emergency motion for order directing Respondent to file a return (ECF Nos. 3, 4) are both denied as moot.

It is further ordered that the Clerk enter judgment accordingly and close this case.

DATED THIS 31st day of October 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE